IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE MCFADDEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R.R. DONNELLEY,<br><br>　　　　　Defendant. | Civil Action No. 23-cv-4327 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant R.R. Donnelley & Sons Company ("RRD"), by and through its counsel, Littler Mendelson, P.C., hereby states as follows:

1.　　Pursuant to Fed. R. Civ. P. 7.1, RRD discloses that it is a private company and that Chatham Delta Parent, Inc. is its parent company, which owns 10% or more of its stock.

Dated: December 22, 2023

Respectfully submitted,

*/s/ Megan C. Mason*
Rachel Fendell Satinsky, Bar No. 308751
rsatinsky@littler.com
Megan C. Mason, Bar No. 333015
mmason@littler.com

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:   267.402.3000
Facsimile:    267.402.3131

Attorneys for Defendant
R.R. DONNELLEY

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of December 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and further certify that I have mailed by U.S. Mail, first-class postage prepaid, the document to the following:

Lawrence McFadden<br>
105 Belmont Drive<br>
Upper Chichester, PA 19061

                                    */s/ Megan C. Mason*
                                    Megan C. Mason